■ ZELLER MARINE EQUIPMENT, INC., Respondent, v. BRONX TOWING LINE, INC., et al., Appellants.— Determination of the Appellate Term unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES HUNTLEY, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BOBBY SAMS, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH HEADLEY, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ In the Matter of the Arbitration between PETROLEUM CARGO CARRIERS, LTD., Respondent, and UNITAS, INC. (SOUTHERN SEAS, INC.), Appellant.— Order entered on October 2, 1961 unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ JOSEPH LOWE, Appellant, v. TAURUS CONSTRUCTION CORPORATION et al., Respondents.— Order entered on August 17, 1961 unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ HARRY A. SHARPE, Appellant, v. EMPIRE STATE MUTUAL SALES, INC., et al., Defendants, and MORTON BERGER, Respondent.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ JACQUELINE SAGER, Respondent-Appellant, v. JACOB SAGER, Appellant-Respondent.— Judgment unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ MOTOR DISCOUNT CORPORATION, Respondent, v. SCAPPY & PECK AUTO BODY, INC., Appellant.— Judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Bastow, JJ.

■ CONSOLIDATED LITHOGRAPHING CORPORATION, Respondent, v. AETNA CASUALTY & SURETY COMPANY, Appellant.— Order entered on May 16, 1961, setting aside the verdict and granting a new trial, affirmed, with $20 costs and disbursements to the respondent. Concur — Breitel, J. P., Rabin, McNally and Steuer, JJ.; Stevens, J., dissents and votes to reverse and reinstate the verdict.

■ MOLLIE FOONT, Respondent, v. PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Appellant.— Order entered on November 28, 1960, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to strike the cause from the calendar granted on the ground that sufficient time had not elapsed in which to complete pretrial procedures. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.